

# THE THIRTEENTH COURT OF APPEALS

---

13-23-00278-CV

---

Lorenza Mata
v.
Paul Moreno and Mayra Moreno

---

On Appeal from the
81st District Court of Wilson County, Texas
Trial Court Cause No. 19-05-00393-CVW

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees and we release the supersedeas bond and discharge its surety.

We further order this decision certified below for observance.

August 22, 2024